Attachment E

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70161970000023486185

   Delivered

**Updated Delivery Day:** Wednesday, December 28, 2016 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Return Receipt
Up to $50 insurance included
Restrictions Apply ⓘ

**See tracking for related item:**
9590940304065163920575 (/go/TrackConfirmAction?tLabels=9590940304065163920575)

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **December 28, 2016, 4:25 am** | **Delivered** | **WASHINGTON, DC 20500** |

▲

Your item was delivered at 4:25 am on December 28, 2016 in WASHINGTON, DC 20500.

| | | |
| --- | --- | --- |
| December 27, 2016, 11:18 am | Available for Pickup | WASHINGTON, DC 20500 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 27, 2016, 10:53 am | Arrived at Unit | WASHINGTON, DC 20018 |
| December 25, 2016, 10:17 pm | In Transit to Destination | |

See More ∨

## Available Actions

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**